United States District Court
Southern District of Texas
**ENTERED**
December 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHELLE DIANE CAMPBELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00010 |
| § | |
| ANDREW M. SAUL, § | |
| § | |
| Defendant. § | |

## MEMORANDUM & RECOMMENDATION

On August 25, 2022, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's determination that Plaintiff Michelle Diane Campbell was not disabled was vacated and Plaintiff's case was remanded to the Social Security Administration for further consideration of her application for benefits (D.E. 22). Now pending is Campbell's unopposed motion for attorney's fees and expenses brought pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (D.E. 23, 24). For the reasons discussed further below, it is recommended that the motion (D.E. 23) be **GRANTED**.

The undersigned specifically concludes that Campbell is the prevailing party, the position of the United States was not substantially justified, and there are no special circumstances that make an award of fees unjust. 28 U.S.C. § 2412(d)(1)(A). Moreover, the 45 hours spent by counsel, the cost of living adjustment, and the $9,450 in fees requested are appropriate and reasonable.

Accordingly, it is recommended that the application for EAJA fees (D.E. 23) be **GRANTED**. It is further recommended that Campbell's attorney of record be awarded the sum of $9,450 in attorney's fees pursuant to the EAJA and be reimbursed $402 in costs. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 591-98 (2010), the attorney fee award shall be made payable to Plaintiff, Michelle Diane Campbell, and mailed in care of her attorney, David F. Chermol, Chermol & Fishman LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116.

Respectfully submitted on December 2, 2022.

_____
Julie K. Hampton
United States Magistrate Judge

**NOTICE TO PARTIES**

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).