United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHELLE DIANE CAMPBELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00010 |
| § | |
| ANDREW M. SAUL¹, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On December 5, 2022, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation" (M&R, D.E. 25), recommending that the Court grant Plaintiff's unopposed application for Equal Access to Justice Act (EAJA) fees. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

---

¹ Defendant Andrew M. Saul is an official who has been replaced by Kilolo Kijakazi, but there has been no formal substitution of parties.

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 25), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Application for EAJA fees (D.E. 23) is **GRANTED** and Campbell's attorney of record is awarded the sum of $9,450 in attorney's fees pursuant to the EAJA and is reimbursed $402 in costs. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 591-98 (2010), the attorney fee award shall be made payable to Plaintiff, Michelle Diane Campbell, and mailed in care of her attorney, David F. Chermol, Chermol & Fishman LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116.

ORDERED on January 3, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE